JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

THOMAS L. LAUGHLIN, IV (*pro hac vice*)
JONATHAN M. ZIMMERMAN (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: tlaughlin@scott-scott.com
　　　　jzimmerman@scott-scott.com

*Attorneys for Plaintiff City of Birmingham
Relief and Retirement System*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM, Derivatively and on Behalf of Nominal Defendant NETFLIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> REED HASTINGS, DAVID WELLS, RICHARD BARTON, A. GEORGE (SKIP) BATTLE, TIMOTHY HALEY, JAY HOAG, LESLIE KILGORE, ANN MATHER, BRAD SMITH, ANNE SWEENEY, NEIL HUNT, TED SARANDOS, GREG PETERS, and DAVID HYMAN, <br><br> Defendants, <br> - and - <br><br> NETFLIX, INC., <br><br> Nominal Defendant. | Case No. 5:18-cv-02107-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |

1    Plaintiff City of Birmingham Relief and Retirement System ("Plaintiff"), Defendants Reed Hastings, David Wells, Richard Barton, A. George (Skip) Battle, Timothy Haley, Jay Hoag, Leslie Kilgore, Ann Mather, Brad Smith, Anne Sweeney, Neil Hunt, Ted Sarandos, Greg Peters, and David Hyman, as well as Nominal Defendant Netflix, Inc. (collectively, "Defendants" and collectively, with Plaintiff, the "Parties"), hereby stipulate as follows:

WHEREAS, on May 9, 2018, the Court entered an order, which among other dates, set August 10, 2018 as the date Plaintiff shall file its opposition to Defendants' response to Plaintiff's complaint and September 14, 2018 for Defendants to file a reply;

WHEREAS, on August 8, 2018, due to a medical issue that arose earlier in the week, Plaintiff asked Defendants for an extension of two weeks to file its opposition and agreed to extend the date for Defendants' reply by an equal amount of days;

WHEREAS, the Parties met and conferred and agreed to solely extend the dates for both Plaintiff's opposition and Defendants' reply to August 24, 2018 and September 28, 2018, respectively.

WHEREAS, the Parties further agreed that the noticed motion to dismiss hearing date of December 13, 2018 shall remain unchanged.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the Parties through their undersigned counsel, that the filing deadlines shall be modified as follows:

- Plaintiff shall file its opposition to Defendants' response on or before August 24, 2018; and
- Defendants shall reply to Plaintiff's opposition on or before September 28, 2018.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: August 8, 2018 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 2 | | By: /s/ John T. Jasnoch |

1  Dated: August 8, 2018          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

2                                 By: /s/ John T. Jasnoch
                                  JOHN T. JASNOCH (CA 281605)
3                                 600 W. Broadway, Suite 3300
                                  San Diego, CA 92101
4                                 Telephone: (619) 233-4565
                                  Facsimile:  (619) 233-0508
5                                 Email: jjasnoch@scott-scott.com

6                                 THOMAS L. LAUGHLIN, IV (*pro hac vice*)
                                  JONATHAN M. ZIMMERMAN (*pro hac vice*)
7                                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                  The Helmsley Building
8                                 230 Park Avenue, 17th Floor
                                  New York, NY 10169
9                                 Telephone: (212) 223-6444
                                  Facsimile:  (212) 223-6334
10                                Email: tlaughlin@scott-scott.com
                                         jzimmerman@scott-scott.com
11
                                  *Attorneys for Plaintiff City of Birmingham*
12                                *Relief and Retirement System*

13 Dated: August 8, 2018          **WILSON SONSINI GOODRICH & ROSATI**
                                  **Professional Corporation**
14
                                  By: /s/ Rodney G. Strickland
15                                RODNEY G. STRICKLAND (CA 161934)
                                  KEITH E. EGGLETON (CA 159842)
16                                RYAN S. WOLF (CA 319353)
                                  650 Page Mill Road
17                                Palo Alto, CA 94304-1050
                                  Telephone:  (650) 493-9300
18                                Facsimile:  (650) 493-6811
                                  Email: rstrickland@wsgr.com
19                                       keggleton@wsgr.com
                                         rwolf@wsgr.com
20
                                  LORI W. WILL (*pro hac vice*)
21                                **WILSON SONSINI GOODRICH & ROSATI**
                                  222 Delaware Avenue, Suite 800
22                                Wilmington, DE 19803-5225
                                  Telephone:  (302) 304-7600
23                                Facsimile:  (866) 974-7329
                                  Email: lwill@wsgr.com
24
                                  *Attorneys for Defendants Reed Hastings,*
25                                *David Wells, Richard Barton, A. George*
                                  *(Skip) Battle, Timothy Haley, Jay Hoag,*
26                                *Leslie Kilgore, Ann Mather, Brad Smith,*
                                  *Anne Sweeney, Neil Hunt, Ted Sarandos,*
27                                *Greg Peters, David Hyman and Nominal*
                                  *Defendant Netflix, Inc.*
28

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that the filing deadlines shall be modified as follows:

- Plaintiff shall file its opposition to Defendants' response on or before August 24, 2018; and
- Defendants shall reply to Plaintiff's opposition on or before September 28, 2018.

DATED: _____August 9_____, 2018.

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE