**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>REED HASTINGS, et al.,<br><br>Defendants. | Case No. 18-cv-02107-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>[Re: ECF 36] |

On August 24, 2018 Plaintiff filed an administrative motion to file under seal portions of its Opposition to Defendants' Motion to Dismiss. ECF 36. Plaintiff states that the portion sought to be sealed has been designated as confidential by Nominal Defendant Netflix, Inc. ("Netflix"). Laughlin Decl. ¶ 3, ECF 36-1.

Parties moving to seal documents must comply with the procedures established by Civil Local Rule 79-5. Under the Local Rules, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1). Accordingly, Netflix's declaration as the Designating Party was due on or before August 28, 2018.

Netflix has not filed the requisite declaration within the allowable time. Because Netflix has not established that the information in the document submitted by Plaintiff warrants sealing, Plaintiff's administrative motion to seal is hereby DENIED.

For any request that has been denied because the party designating a document as confidential or subject to a protective order has not filed a responsive declaration providing sufficient reasons to seal, the submitting party (here, Plaintiff) must file the unredacted documents into the public record no earlier than 4 days and no later than 10 days from the filing of this Order. *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: August 30, 2018

_____
BETH LABSON FREEMAN
United States District Judge